DAVID GREENFIELD *v.* SUSAN REYNOLDS, ZONING ENFORCEMENT OFFICER OF THE TOWN OF WESTPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 465 (AC 30914), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Carmine Perri*, in support of the petition.

*Kari L. Olson*, in opposition.

Decided September 22, 2010

EVELEIGH, J., did not participate in the consideration of or decision on this petition.